**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**DAVID C. AND CAROL L. SCHWARZ,**<br><br>**Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10924 REF** |

**AMENDED CHAPTER 13 PLAN**

1. The Debtor shall pay the sum of $25,510.00 to the Chapter 13 Trustee, as follows:

    a. The sum of $1,750.00 has already been paid to the Chapter 13 Trustee.

    b. Starting on September 12, 2016 the future earnings of the Debtor will be submitted to the supervision of and control of the Trustee, and the Debtor shall pay to the Trustee the sum of $440.00 monthly for a period of 54 months.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's commissions.

        ii. Approved attorney's fees for services rendered by Hartman, Valeriano, Magovern & Lutz, P.C. in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        i. Pennsylvania Housing Finance Agency (Proof of Claim No. 5) (Mortgage on residential real estate): Pre-petition arrears will be paid through the Plan. Payments arising post-petition will be paid outside the Plan.

        ii. Bethel Township Municipal Authority (Proof of Claim No. 3) (Water and sewer lien): The entire claim will be paid through the Chapter 13 Plan.

    c. Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed shall be paid pro rata.

3.  The following executory contracts of the Debtors are rejected: None.

4.  Title to the Debtors' property shall revest in the Debtors upon the closing of the case.

Date:   September 17, 2016

                                      **Respectfully submitted,**

                                      **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz
_____
**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**