United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David C. Schwarz
Carol L. Schwarz
    Debtors

Case No. 16-10924-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Nov 03, 2016
                      Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb         +David C. Schwarz,    Carol L. Schwarz,    413 Frystown Road,    Myerstown, PA 17067-1923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         GEORGE M. LUTZ    on behalf of Joint Debtor Carol L. Schwarz glutz@hvmllaw.com,
           amerkey@hvmllaw.com
         GEORGE M. LUTZ    on behalf of Debtor David C. Schwarz glutz@hvmllaw.com,   amerkey@hvmllaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         LEON P. HALLER     on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com,
           dmaurer@pkh.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David C. Schwarz and Carol L. Schwarz

    Debtor(s)           Chapter: 13
                             Bankruptcy No: 16−10924−ref

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 3rd day of November, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Richard E. Fehling
                                           Judge ,
                                           United States Bankruptcy Court

                                                        42
                                               Form 155