**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**DAVID C. AND CAROL L. SCHWARZ,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10924 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,690.00 for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition.

BY THE COURT:

**Date: November 30, 2016**      _____
**United States Bankruptcy Judge**

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**David C. and Carol L. Schwarz**
**413 Frystown Road**
**Myerstown, PA  17067**

**All creditors**