United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 16-10924-ref
David C. Schwarz                                                 Chapter 13
Carol L. Schwarz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1               Date Rcvd: Nov 30, 2016
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db/jdb         +David C. Schwarz,   Carol L. Schwarz,   413 Frystown Road,   Myerstown, PA 17067-1923
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:  AmeriCredit Financial Services dba GM Financial,   P.O. Box 99605,
                  Arlington, TX  76096-9605)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Carol L. Schwarz glutz@hvmllaw.com,
               amerkey@hvmllaw.com
              GEORGE M. LUTZ    on behalf of Debtor David C. Schwarz glutz@hvmllaw.com,  amerkey@hvmllaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services dba GM Financial
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**DAVID C. AND CAROL L. SCHWARZ,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10924 REF** |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,690.00 for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition.

**BY THE COURT:**

**Date: November 30, 2016**        _____
                                        **United States Bankruptcy Judge**

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**David C. and Carol L. Schwarz**
413 Frystown Road
Myerstown, PA  17067

**All creditors**