**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>**DAVID C. AND CAROL L. SCHWARZ,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10924 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief filed by U.S. Bank National Association, et al., was served upon the addresses listed below by way of electronic means on March 3, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor AmeriCredit Financial Services dba GM Financial - mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al. - bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor U.S. Bank National Association  - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
610-779-0772