**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **DAVID C. AND CAROL L. SCHWARZ,** | **Bankruptcy No. 16-10924 REF** |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Second Amended Chapter 13 Plan were served upon the addresses listed below and all parties in interest by way of electronic means on March 24, 2019 and/or via first class mail on March 27, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

WILLIAM EDWARD CRAIG on behalf of Creditor AmeriCredit Financial Services dba GM Financial - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

JOSHUA ISAAC GOLDMAN on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al - bkgroup@kmllawgroup.com

THOMAS I. PULEO on behalf of Creditor U.S. Bank National Association - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

David C. and Carol L. Schwarz
413 Frystown Road
Myerstown, PA  17067

                                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

                              By:    *s/Alyssa J. Merkey*
                                       1025 Berkshire Blvd., Suite 700
                                       Wyomissing, PA  19610
                                       610-779-0772

```
Label Matrix for local noticing        (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN    Reading
0313-4                                  PO BOX 183853                                    400 Washington Street
Case 16-10924-ref                       ARLINGTON TX 76096-3853                          Suite 300
Eastern District of Pennsylvania                                                         Reading, PA 19601-3951
Reading
Wed Mar 27 13:42:54 EDT 2019

Americredit Financial Services, Inc.    Bethel Township Municipal Authority              Darlene M. Orendo, TC
c/o William E. Craig, Esq.              P.O. Box 274                                     POB 4
Morton & Craig, LLC                     Bethel, PA 19507-0274                            Bethel, PA 19507-0004
110 Marter Avenue, Suite 310
Moorestown, NJ 08057-3124

GM FINANCIAL                            George M. Lutz, Esquire                          Met Ed
PO BOX 181145                           Hartman, Magovern, Valeriano & Lutz PC           POB 16001
Arlington, TX 76096-1145                1100 Berkshire Blvd., Suite 301                  Myerstown, PA  17067
                                        Wyomissing, PA 19610-1292


Met-Ed, A FirstEnergy Company           NATIONAL RECOVERY AGENCY                         PA HOUSING FINANCE AGENCY
FirstEnergy                             2491 PAXTON ST                                   211 N FRONT ST
331 Newman Springs Rd Building 3        Harrisburg, PA 17111-1036                        Harrisburg, PA 17101-1406
Red Bank, NJ 07701-5688



PA HOUSING FINANCE AGENCY               Pennsylvania Turnpike Commission                 St. Joseph Medical Group
c/o KML Law Group, PC                   Violation Proessing Center                       Physician Billing Office
Suite 5000, 701 Market Street           8000 C Derry Street                              POB 102388
Philadelphia, PA 19106-1541             Harrisburg, PA 17111-5287                        Atlanta, GA 30368-2388


U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR    U.S. Bank NA                              U.S. Bank National Association
PHFA Loan Servicing Division            c/o Thomas Puleo, Esq.                           c/o JOSHUA ISAAC GOLDMAN
211 North Front Street                  KML Law Group, PC                                KML Law Group, P.C.
Harrisburg, PA 17101-1466               701 Market Street, Suite 5000                    701 Market Street
                                        Philadelphia, PA 19106-1541                      Suite 5000
                                                                                         Philadelphia, PA 19106-1541

United States Trustee                   Carol L. Schwarz                                 David C. Schwarz
Office of the U.S. Trustee              413 Frystown Road                                413 Frystown Road
833 Chestnut Street                     Myerstown, PA 17067-1923                         Myerstown, PA 17067-1923
Suite 500
Philadelphia, PA 19107-4405


GEORGE M. LUTZ                          SCOTT WATERMAN
Hartman, Valeriano, Magovern & Lutz, PC Chapter 13 Trustee
1025 Berkshire Blvd.                    2901 St. Lawrence Ave.
Suite 700                               Suite 100
P.O. Box 5828                           Reading, PA 19606-2265
Wyomissing, PA 19610-5828
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
AmeriCredit Financial Services dba GM Financ    (d)Americredit Financial Services dba GM Fina
P.O. Box 99605                          PO Box 183853
Arlington, TX 76096-9605                Arlington TX 76096
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)U.S. Bank National Association et al ... | End of Label Matrix |
| | | Mailable recipients    22 |
| | | Bypassed recipients     2 |
| | | Total                  24 |