## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**DAVID C. AND CAROL L. SCHWARZ,**<br><br>Debtors | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-10924 REF** |

## CERTIFICATE OF NO RESPONSE

I, George M. Lutz, Esquire, attorney for Debtors, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Second Amended Chapter 13 Plan and requests that the court grant Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Second Amended Chapter 13 Plan, as the Motion is uncontested.

**Date:** April 23, 2019

                              Respectfully submitted,

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

                              George M. Lutz, Esquire
                              1025 Berkshire Blvd., Suite 700
                              Wyomissing, PA  19610
                              Attorney I.D. No. 46437
                              Phone:  610-779-0772