# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** <br><br> **DAVID C. AND CAROL L. SCHWARZ,** <br><br> **Debtors** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 16-10924 REF** |

## ORDER

Upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtors having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Second Amended Chapter 13 Plan is CONFIRMED.

**BY THE COURT:**

**Date: April 24, 2019**

_____
**Richard E. Fehling**
**Chief United States Bankruptcy Judge**

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Boulevard, Suite 700
P.O. Box 5828
Wyomissing, PA  19610

Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA  19107

Scott F. Waterman, Esquire
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606