United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10924-elf
David C. Schwarz                                                          Chapter 13
Carol L. Schwarz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: ChrissyW              Page 1 of 2              Date Rcvd: Sep 12, 2019
                               Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db/jdb         +David C. Schwarz,   Carol L. Schwarz,   413 Frystown Road,   Myerstown, PA 17067-1923
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13687933       +Americredit Financial Services, Inc.,   c/o William E. Craig, Esq.,   Morton & Craig, LLC,
                 110 Marter Avenue, Suite 310,   Moorestown, NJ 08057-3124
13674266       +Bethel Township Municipal Authority,   P.O. Box 274,   Bethel, PA 19507-0274
13674267       +Darlene M. Orendo, TC,   POB 4,   Bethel, PA 19507-0004
13759484       #+George M. Lutz, Esquire,   Hartman, Magovern, Valeriano & Lutz PC,
                 1100 Berkshire Blvd., Suite 301,   Wyomissing, PA 19610-1292
13674269        Met Ed,   POB 16001,   Myerstown, PA   17067
13689454       +Met-Ed, A FirstEnergy Company,   FirstEnergy,   331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
13674272       +PA HOUSING FINANCE AGENCY,   c/o KML Law Group, PC,   Suite 5000, 701 Market Street,
                 Philadelphia, PA 19106-1541
13674273       +Pennsylvania Turnpike Commission,   Violation Proessing Center,   8000 C Derry Street,
                 Harrisburg, PA 17111-5287
13674274       +St. Joseph Medical Group,   Physician Billing Office,   POB 102388,   Atlanta, GA 30368-2388
13791103       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,   PHFA Loan Servicing Division,
                 211 North Front Street,   Harrisburg, PA 17101-1466
13839508       +U.S. Bank NA,   c/o Thomas Puleo, Esq.,   KML Law Group, PC,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13791356       +U.S. Bank National Association,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,
                 701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 AmeriCredit Financial Services dba GM Financial,   P.O. Box 99605,   Arlington, TX  76096-9605
13691887        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
                 Americredit Financial Services dba GM Financial,   PO Box 183853,   Arlington TX 76096
13674268       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50     GM FINANCIAL,
                 PO BOX 181145,   Arlington, TX 76096-1145
13674270       +E-mail/Text: Bankruptcies@nragroup.com Sep 13 2019 02:58:25     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON ST,   Harrisburg, PA 17111-1036
13674271       +E-mail/Text: blegal@phfa.org Sep 13 2019 02:58:04     PA HOUSING FINANCE AGENCY,
                 211 N FRONT ST,   Harrisburg, PA 17101-1406
                                                                                                TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: ChrissyW              Page 2 of 2                   Date Rcvd: Sep 12, 2019
                              Form ID: pdf900             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Joint Debtor Carol L. Schwarz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor David C. Schwarz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al ...
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,  ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services dba GM Financial
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAVID C. SCHWARZ
CAROL L. SCHWARZ
                                                    : Chapter 13

            Debtor(s)                               : Bankruptcy No. 16-10924ELF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: 9/12/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**